**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   SACV 98-719VAP (ANx)                             Date: February 18, 2000

Title:   DWIGHT F. DAY, JR. -v- SURROUNDVISION ADVANCED IMAGING LLC, et al.
==============================================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

       Rachel Ingram                         Maria Beesley
       Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

       Mark A. Lester                        Brian D. Boydston


PROCEEDINGS:   MANDATORY STATUS CONFERENCE

   Court and counsel confer re case and settlement status. The Court directs parties to file their Notice and Request of Settlement Procedure Selection no later than March 10, 2000 and the settlement conference shall be conducted no later than June 16, 2000.

ENTERED ON ICMS
FEB 22 2000

MINUTES FORM 11                                              Initials of Deputy Clerk
CIVIL -- GEN

FEB 22 2000